THOMAS E. BECK, SBN 81557
Email: thebecklawfirm@gmail.com
P.O. BOX 101
Los Alamitos, CA 90720
Tel: (562) 795-5835

DAVID S. McLANE, SBN 124952
Email: dmclane@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE VELAZQUEZ, ABRAHAM VILLALOBOS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF DOWNEY, COUNTY OF LOS ANGELES, DOWNEY PD DET. GILBERT TOLEDO, DET. DWAYNE COOPER, DET. DAN PONDER, DET. DANIEL SAMANO, AND DOES 1-10, Inclusive<br><br>Defendants. | Case No.: 2:25-00975-HDV-PD<br><br>**JOINT RULE 26 REPORT**<br><br>Date: June 3, 2025<br>Time: 10:00 a.m.<br>Ctrm: 5B<br><br>Complaint filed: 02/04/2025<br>FAC filed: 03/19/2025 |

Counsel for the parties held a Scheduling Meeting of Counsel pursuant to FRCP 26(f), Local Rule 26, on May 13, 2025, and this Court's Rule 16 Scheduling Conference Order. The parties hereby submit their Joint Report.

### 1. CASE STATEMENT

This is a 42 USC §1983 wrongful conviction damages action. Plaintiffs Ronnie Velasquez and Abraham Villalobos allege the defendant Downey Police Department ("DPD") and City of Downey police officers wrongfully caused them to be prosecuted and convicted of the September 2, 2000, murder of Michael Roybal in the City of Downey, and the County of Los Angeles practices contributed to their wrongful prosecution and conviction. Plaintiffs contend they are innocent of Mr. Roybal's homicide in that Ronnie Velasquez was unarmed and did not shoot and Mr. Villalobos was not present. The plaintiffs' convictions were reversed by the Los Angeles Superior Court, and they were declared factually innocent by Los Angeles County Superior Court on March 6, 2024. Villalobos served a 16-year sentence and Velasquez served a 23-year sentence in state jail and state prisons. They seek monetary damages for the alleged deprivation of their constitutional rights by the defendants.

### 2. SUBJECT MATTER JURISDICTION

28 USC § 1343-Federal Question for section 1983 claims, and supplemental jurisdiction for state law Bane Act claim under 28 USC §1367(a).

### 3. KEY LEGAL ISSUES

As to Plaintiff, Fourteenth Amendment due process denials, denial of fair trial, concealment of *Brady* material, fabricated statements, coerced eyewitness identification, against individual defendants Downy police officers; *Monell* custom, policy & practice claim versus County of Los Angeles District Attorney, *Monell* custom, policy & practice claim versus City of Downey, Failure to Supervise by Downey defendants, California Civil Code 52.1 Bane Act claim.

As to Downey defendants, qualified immunity.

As to Defendant County of Los Angeles, absolute immunity and California statutory immunity.

## 4. PARTIES, KEY EVIDENCE, WITNESSES

- Plaintiff Ronnie Velasquez,
- Plaintiff Abraham Villalobos
- Defendant DPD investigator Gilbert Toledo
- Defendant DPD investigator Dwayne Cooper
- Defendant DPD investigator Dan Ponder
- Defendant DPD investigator Daniel Samano
- City of Downey
- County of Los Angles (Office of District Attorney)
- Witness Roberta Benavides
- Witness Cesar Castenon
- Witness Brian Olguin
- Witness Mona Rodriguez
- Witness Guillermina Gomez
- Witness Delilah Rodriguez
- Witness William Martinez
- Witness Tony Sanchez
- DPD Officer M. Haxton
- Witness Lupe Garcia
- Investigator Dana Orent
- DDA Michael Enomoto
- DPD Det Mike Carney
- DPD Officer Paul Hernandez
- LASD Criminalist Michelle Lepisto

- LASD Investigator David Carver
- Michael Balmer III, Esq.
- Nancy Mazza, Esq.
- DPD Investigator Alex Irizabal
- DDA Martha Carillo
- Other employees of Downey Police Department who investigated underlying criminal case
- Other employees of County of Los Angeles involved in investigation and prosecution of underlying criminal case

## 5. EVIDENCE-KEY DOCUMENTS

- Downey Police Department "Murder Book," investigation files, personnel files, and police practices and policies
- DA Conviction Integrity Investigation File
- DA criminal trial files for underlying DA investigation and prosecution of Plaintiffs, and DA practices and policies
- LASD Scientific Evidence reports and lab testing results
- Criminal trial transcripts
- Crime investigation physical evidence, photos, video, audio and video recordings

## 6. DAMAGES

Estimated approximately 2 million per annum for losses of liberty, incarceration hardships, emotional and mental distress- Abraham Villalobos 32 million for 16 years wrongful incarceration; Ronnie Velazquez, 46 million for 23 years wrongful incarceration.

## 7. INSURANCE

City of Downey has several layers of insurance. Coverage amounts have not been determined.

Not applicable as to County of Los Angeles.

8. **MOTIONS**

    a) Procedural Motions

**Plaintiffs:** Unless the defense stipulates to greater than 10 depositions, Plaintiffs move to expand this limit. See Section 9 below.

    b) Dispositive Motions

Plaintiffs believe they have uncontradicted evidence to support a Rule 56 motion for summary judgment on their claims.

Defendants submit the case is ripe for qualified immunity to be determined at the earliest possible opportunity. A motion for summary judgment will be filed.

Defendant County of Los Angeles contemplates possible motions pursuant to Rule 12 and/or Rule 56.

    c) Class Certification Motion

Not applicable.

9. **DISCOVERY**

    a) Status of Discovery

No discovery has been propounded or commenced from either side.

    b) Discovery Plan

Plaintiffs require 23 depositions; requests for production; interrogatories, and requests of admissions will be propounded by the plaintiffs on each of the defendant parties. Sufficient discovery periods are required to complete discovery. Key witnesses and at least 1 defendant reside out of the state of California.

Downey defendants feel that no more than 15 depositions are necessary for plaintiffs at this time.

    c) Discovery Cut Off

See attached schedule.  Plaintiffs seek 14 months from the scheduling conference, or September 22, 2026, as there are many witnesses, the underlying

criminal prosecution occurred approximately 25 years ago. Given the numbers of lawyers and law firms, scheduling difficulties are anticipated.

   d)  Expert Discovery

  Proposed Expert witness disclosure dates – see attached schedule.

   e)  Settlement Conference/ADR

  No settlement discussions have been discussed among counsel. The case has been directed to ADR but no final decision on which method will be engaged has taken place.  Plaintiffs prefer private mediation. Defendants agree.

   f)  Trial

    (i) Trial Estimate

  Plaintiffs believe the claims will take two weeks to complete given the numbers of witnesses and claims.

  Defendants submit this is a five day trial.

    (ii) There has been a preservation of the right to a jury trial by the Plaintiffs' complaint and FAC.

    (iii) Plaintiffs do not consent to trial before a Magistrate at this juncture.

    (iv) Lead Trial Counsel

     Thomas Beck, David McLane for Plaintiffs

     Eugene Ramirez, Geoffrey Plowden and Eugene Hanrahan for Downey defendants.

     Adam Kamenstein for Defendant County of Los Angeles

   g)  Independent Expert or Master

  Not anticipated by Plaintiffs

   h)  Other issues

  As noted above, there will be at least 2 out of jurisdiction depositions. Defense documentation may involve the need for protective orders to which the

plaintiffs are prepared to stipulate. Severance, bifurcation is not being requested by Plaintiffs. Downey defendants request that *Monell* discovery be stayed at this time, and that the trial be bifurcated or trifurcated between liability, innocence and damages. Plaintiffs do not agree to bifurcation or trifurcation and will oppose any motion filed by defendants in this regard. Plaintiffs also do not agree to a stay of *Monell* discovery.

DATED: May 20, 2025                THE BECK LAW FIRM

                                   By: */s/ Thomas E. Beck*
                                       THOMAS E. BECK
                                       Attorneys for Plaintiffs


DATED: May 20, 2025                McLANE, BEDNARSKI & LITT, LLP

                                   By: */s/ David S. McLane*
                                       DAVID McLANE
                                       Attorneys for Plaintiffs


DATED: May 20, 2025                ADAMS, DUERK & KAMENSTEIN LLP

                                   By: */s/ Adam Kamenstein*
                                       ADAM KAMENSTEIN
                                       Attorneys for Defendant
                                       County of Los Angeles

DATED: May 20, 2025                MANNING & KASS
                                   ELLROD, RAMIREZ, TRESTER, LLP

                                   By: */s/ Geoffrey Plowden*
                                       EUGENE P. RAMIREZ
                                       GEOFFREY PLOWDEN
                                       Attorneys for Defendants
                                       City of Downey, Gilbert Toledo,
                                       Dwayne Cooper, Dan Ponder and
                                       Daniel Samano